IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

MICHAEL DAVID PEARSON,

    Plaintiff,

v.                                  Civil Action No. 5:19-CV-1682-MAA

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

**ORDER AWARDING EQUAL ACCESS TO JUSTICE
ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. §2412(d)**

    Based upon the parties' Joint Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that fees in the amount of $7,500.00, as authorized by 28 U.S.C. §2412, and $400.00 to be paid from the Judgment Fund, be awarded subject to the terms of the Stipulation.

Dated: 06/30/20                                _____
                                                  Judge Maria A. Audero
                                                  United States Magistrate Judge